UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                            Case Number: 11-11766
                            Honorable: John Corbett O'Meara
VS.                         Claim Number: 2011A05892

DAWN MISNER,

        Defendant,
_____/

## SATISFACTION OF JUDGMENT

TO THE CLERK OF THE COURT:

This is to certify that the judgment entered in this case on August 31, 2011 in favor of the Plaintiff and against the garnishee defendant, DAWN MISNER in the amount of $13,742.42 has been satisfied in full.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2017

                            By:    s/CHARLES J. HOLZMAN (P35625)
                                      Holzman Corkery, PLLC.
                                      Tamara Pearson (P56265)
                                      28366 Franklin Road
                                      Southfield, MI 48034
                                      (248) 352-4340
                                      usa@holzmanlaw.com